UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

v.

ANALEAH GONSHOROWSKI,

Defendant.

No. 2:25-cv-01159-DAD-SCR

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING DEFENDANT'S MOTION TO PROCEED *IN FORMA PAUPERIS*, AND REMANDING THIS ACTION TO THE YUBA COUNTY SUPERIOR COURT

(Doc. Nos. 2, 3)

Defendant Analeah Gonshorowski, who removed this action from the Yuba County Superior Court on April 21, 2025, is proceeding *pro se*. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On April 29, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be remanded to the Yuba County Superior Court due to this court's lack of subject matter jurisdiction and that defendant's motion to proceed *in forma pauperis* be denied. (Doc. No. 3.) Specifically, the magistrate judge concluded that defendant's notice of removal was procedurally improper, failed to establish this court's subject matter jurisdiction

/////

over the underlying action (a state court criminal prosecution), and that remand of this case to state court was once again mandatory. (*Id.* at 3–4.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id*. at 5.) On May 5, 2025, defendant filed objections to the findings and recommendations. (Doc. No. 4.) While lengthy, those objections provide no legitimate basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued April 29, 2025 (Doc. No. 3), are adopted in full;
2. This action is remanded forthwith to the Yuba County Superior Court, pursuant to 28 U.S.C. § 1455(b)(4), for lack of subject matter jurisdiction;
3. The Clerk of this Court send a copy of this order to the Clerk of the Yuba County Superior Court;
4. Defendant's motion to proceed *in forma pauperis* (Doc. No. 2) is denied as having been rendered moot by this remand order; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 21, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE